**Harold David ROY, Appellant,**

v.

**Mary Margaret ROY, Respondent.**

**No. WD 44312.**

Missouri Court of Appeals,
Western District.

June 15, 1993.

James D. Boggs, Kansas City, for appellant.

Sandra P. Ferguson, North Kansas City,
for respondent.

Before LOWENSTEIN, C.J., and
TURNAGE and KENNEDY, JJ.

### ORDER

Appeal from the trial court's decree of
dissolution that divided marital property

which included an award of pension benefits and rehabilitative maintenance.

Affirmed. Rule 84.16(b).